# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHOATE CONSTRUCTION COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No.1:19-cv-04958-TWT <br> ) |
| v. | ) <br> ) |
| NOVUM STRUCTURES, LLC, | ) <br> ) |
| Defendant. | ) |

## ORDER OF STAY AND ADMINISTRATIVE CLOSURE

The Court having been advised by counsel that the above entitled action has been settled, this action is STAYED while the obligations of the parties are undertaken pursuant to the settlement agreement. The Clerk of Court is hereby directed to mark the case as ADMINISTRATIVELY CLOSED. No further action shall be taken by the Court unless and until a formal request to lift the stay is filed.

The parties are permitted to file a stipulation for dismissal without the need to re-open this case.

SO ORDERED this 9 day of September, 2020.

_____
Thomas W. Thrash, Jr.
Chief United States District Judge
Northern District of Georgia